
**FILED**
April 23, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NUMBER: 2:13-mj-00128-CKD |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| JUSTIN FISHER, | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Justin Fisher</u>; Case <u>2:13-mj-00128-CKD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of _____

  _X_ Unsecured Appearance Bond in the amount of $200,000, co-signed by girlfriend, both brothers, father, landlord, and friend.

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond secured by Real Property

  __ Corporate Surety Bail Bond

  _X_ (Other) <u>Pretrial Supervision/Conditions</u>. Ordered to appear in District of Alaska on 5/8/2013 at 2:00 PM before Magistrate Judge Deborah M. Smith.

Issued at <u>Sacramento, CA</u> on <u>4/23/2013</u> at <u>9:35 am</u>.

By _____
Carolyn K. Delaney
United States Magistrate Judge