UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
April 23, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:13-mj-00128-CKD |
| ) Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JUSTIN FISHER, ) | |
| ) Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Justin Fisher</u>; Case <u>2:13-mj-00128-CKD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    _X_  Unsecured Appearance Bond in the amount of $200,000, co-signed by girlfriend, both brothers, father, landlord, and friend.

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    _X_  (Other) <u>Pretrial Supervision/Conditions</u>. Ordered to appear in District of Alaska on 5/8/2013 at 2:00 PM before Magistrate Judge Deborah M. Smith.

Issued at   <u>Sacramento, CA</u>   on   4/23/2013   at   9:35 am.

By _____
Carolyn K. Delaney
United States Magistrate Judge